IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00271-RPM

RONALD ARTHUR GILBERT,

    Applicant,

v.

MORGAN COUNTY DISTRICT COURT (PROBATION DEPARTMENT) and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

_____

## JUDGMENT
_____

    Pursuant to the Order for Dismissal, entered by Senior District Judge Richard P. Matsch on April 23, 2014, it is

    ORDERED that the application for writ of habeas corpus is denied and this civil action is dismissed.

    DATED: April 23, 2014

                                        FOR THE COURT:
                                        Jeffrey P. Colwell, Clerk

                                                s/J. Chris Smith
                                      By _____
                                                    Deputy Clerk