IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-00271-RPM

RONALD ARTHUR GILBERT,

    Applicant,

v.

MORGAN COUNTY DISTRICT COURT (PROBATION DEPARTMENT) and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

ORDER DENYING CERTIFICATE OF APPEALABILITY
_____

Upon considering the applicant's Motion for Issuance of Denial of Certificate of Appealability and upon the finding and conclusion that the applicant has not made a substantial showing of the denial of a Constitutional right, it is

ORDERED that the motion for certificate of appealability is denied.

DATED:  May 6th, 2014

                                                  BY THE COURT:

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior Judge